IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Douglas III, Leo C

Printed: 02/03/09

Case Number: 07 B 04739
Judge: Hollis, Pamela S
Filed: 3/17/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: August 11, 2008
Confirmed: July 9, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 7,347.70 |  |
| Secured: |  | 4,492.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 1,850.33 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 381.37 |
| Other Funds: |  | 624.00 |
| Totals: | 7,347.70 | 7,347.70 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Internal Revenue Service | Secured | 4,492.00 | 4,492.00 |
| 2. | Internal Revenue Service | Priority | 10,930.20 | 1,850.33 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 1,272.20 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 327.74 | 0.00 |
| 5. | Ronald B Lorsch Esq | Unsecured | 1,009.71 | 0.00 |
| 6. | T Mobile USA | Unsecured | 628.27 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 2,171.97 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 129.97 | 0.00 |
| 9. | Internal Revenue Service | Priority | | No Claim Filed |
| 10. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 11. | Hyde Park Bank | Unsecured | | No Claim Filed |
| 12. | Comcast | Unsecured | | No Claim Filed |
| 13. | I C Systems Inc | Unsecured | | No Claim Filed |
| 14. | Credit Management Control | Unsecured | | No Claim Filed |
| 15. | Active Credit Service | Unsecured | | No Claim Filed |
| 16. | Dr Richard Kaufman Dds | Unsecured | | No Claim Filed |
| | | | $ 20,962.06 | $ 6,342.33 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 273.21 |
| 6.5% | 108.16 |
| | $ 381.37 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Douglas III, Leo C | Case Number:  07 B 04739 |
| | Judge:  Hollis, Pamela S |
| Printed: 02/03/09 | Filed:  3/17/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*